UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN MICHIGAN

RICHARD SMITH AND RONALD SMITH,

        Plaintiffs,

Case No. 2:11-cv-11253-GCS -MAR

v.

HON. GEORGE CARAM STEEH

HENRY R. LEWIS and
VANTAGE TRAVEL SERVICE, INC.

        Defendants.
_____/

## ORDER REGARDING IMPOSITION OF MONETARY SANCTIONS

On November 16, 2012, this Court ordered the imposition of reasonable attorney fees and costs as a sanction for Defendants' failure to abide by a previous Stipulated Court Order (Dkt. No. 41).  Plaintiff's counsel submitted a bill of costs on November 28, 2012, indicating 11.1 hours at $350/hour plus $8.00 for parking for a total of $3,885.00.

Taking into account the State Bar of Michigan's *2010 Economics of Law Practice Attorney Income and Billing Rate Summary Report*, available at http://www.michbar.org/pmrc/articles/0000146.pdf, this Court finds that a reasonable rate is $225.00/hour and a reasonable time expended is 10 hours.  Accordingly,

IT IS ORDERED that **on or before January 8, 2013**, Defendants shall pay Plaintiffs $2,250.00.

        s/Mark A. Randon
        MARK A. RANDON
        UNITED STATES MAGISTRATE JUDGE

Dated:  December 6, 2012

*Certificate of Service*

I hereby certify that a copy of the foregoing document was served on the parties of record on this date, December 6, 2012, electronically and a copy sent via first class mail.

        *s/Melody R. Miles*
        *Case Manager to Magistrate Judge Mark A. Randon*